Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

FILED
APR 16 2010

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **LENELD E. BROWN,** | Civil No. 3:08-CV-06262-AC |
| Plaintiff, | **ORDER FOR ATTORNEY FEES PURSUANT TO EAJA** |
| vs. | |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security Administration, | |
| Defendant. | |

After considering the Stipulated Motion of the parties submitted herein, Order is hereby granted that Commissioner shall mail a check payable to Plaintiff's attorney the sum of $9172.98 fees plus expense of $350.00 (Court filing fee), for a total of $9522.98 in full settlement of all claims under the Equal Access of Justice Act 28 U.S.C. §2412. Service costs shall be awarded to Plaintiff attorney in the sum of $18.21 pursuant to 28 U.S.C. §1920.

IT IS SO ORDERED this day of April 15, 2010

_____
U.S. ~~District~~ Magistrate Judge

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

PRESENTED BY:

By:  /s/ DREW L. JOHNSON
     Drew L. Johnson, OSB #75200
     Of Attorneys for Plaintiff

2 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA