FILED'10 MAY 12 10:57 USDC-ORP

Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LENELD E. BROWN,

        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,

        Defendant.

Civil No. 3:08-CV-06262-AC

**AMENDED ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, Order is hereby granted that Commissioner shall mail a check payable to Plaintiff's attorney the sum of $9172.98 fees plus service expense of $18.21, for a total of $9191.19 in full settlement of all claims under the Equal Access of Justice Act 28 U.S.C. §2412. Court filing-fees shall be awarded to Plaintiff attorney in the sum of $350.00 pursuant to 28 U.S.C. §1920.

IT IS SO ORDERED ~~this day of~~ May 11, 2010

_____
U.S. ~~District~~ Judge
Magistrate

1 – AMENDED ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

PRESENTED BY:

By: /s/ DREW L. JOHNSON
Drew L. Johnson, OSB #75200
Of Attorneys for Plaintiff